UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                              Case No. 25-mj-30574
                                                  Hon. Matthew F. Leitman

v.

SHANE LUXON,

       Defendant.

_____/

### ORDER (1) AFFIRMING AND MODIFYING MAGISTRATE JUDGE'S ORDER OF RELEASE (ECF No. 17), AND (2) DENYING GOVERNMENT'S MOTION TO STAY THIS ORDER

On Friday, September 19, 2025, a Magistrate Judge ordered that Defendant Shane Luxon be released on bond (the "Order of Release). (*See* ECF No. 17.) The Government has sought review of the Order of Release under 18 U.S.C. § 3145(a). For the reasons stated on the record on September 25, 2025, the Order of Release is **AFFIRMED**. In addition, the Court **ADDS AS A CONDITION** to the Order of Release a Zero-Tolerance Condition, indicating that bond shall be revoked upon any violation of a condition of release.

Finally, the Government's oral Motion for a Stay of this Order (made during the September 25, 2025, hearing) is **DENIED** for the reasons stated on the record at

the hearing.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: September 25, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 25, 2025, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126